IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| FRED LEE JOHNSON, #172364, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | )   CASE NO.  2:12-cv-873-TMH |
| | )       [wo] |
| JOHN WILLIAMS, | ) |
| | ) |
|    Defendant. | ) |

**OPINION and ORDER**

On February 6, 2013, the Magistrate Judge filed a Recommendation in this case dismissing this case without prejudice for failure of plaintiff to comply with the orders of this court and his failure to properly prosecute this action.  (Doc. 16).  No timely objections have been filed.  Upon independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED that the Recommendation of the Magistrate Judge be and is hereby ADOPTED and that this case be dismissed without prejudice for failure to comply with orders of this court and to properly prosecute this action.

Done this the 22nd day of March, 2013.

       /s/ Truman M. Hobbs
TRUMAN M. HOBBS
SENIOR UNITED STATES DISTRICT JUDGE